DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA ASH,**
Appellant,

v.

**CLEVELAND CLINIC FLORIDA, et al.,**
Appellee.

No. 4D2025-0259

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 062023CA001275AXXXCE.

Barry S. Mittelberg of Barry S. Mittelberg, P.A., Coral Springs, for appellant.

Thomas G. Aubin and Amanda Spencer of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Fort Lauderdale, for appellee Cleveland Clinic Florida.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***